IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRACEY                                                                                          PLAINTIFF

V.                                    NO. 4:13-cv-00013-JM-JTR

CITY OF LITTLE ROCK, ARKANSAS                                                      DEFENDANT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Plaintiff. After carefully considering these documents and making a *de novo* review of the record of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Motion for Summary Judgment filed by Defendant City of Little Rock, Arkansas, *Doc. No. 34*, is GRANTED.

DATED this 12th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE